NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BETZAIDA P. JERNIGAN,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, Secretary of Veterans Affairs,**
*Respondent-Appellee.*

---

2013-7033

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 10-1226, Judge Lawrence B. Hagel.

---

**JUDGMENT**

---

STEVEN M. AMUNDSON, Frommer Lawrence & Haug, LLP, of New York, New York, argued for claimant-appellant. With him on the brief were VICKI M. FRANKS, JULIE E. KURZROK, and MICHAEL W. HARKNESS; and BRYAN J. BRAUNEL and ANDREW M. NASON, of Washington, DC.

SCOTT D. AUSTIN, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of

Justice, of Washington, DC, argued for respondent-appellee. On the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, MARTIN F. HOCKEY, JR., Assistant Director, and ALEX P. HONTOS, Trial Attorney. Of counsel on the brief were DAVID J. BARRANS, Deputy Assistant General Counsel and RACHAEL T. BRANT, Attorney, United States Department of Veterans Affairs, of Washington, DC.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, REYNA, and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| July 22, 2013 | /s/ Daniel E. O'Toole |
|:---:|:---:|
| Date | Daniel E. O'Toole |
| | Clerk |